IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

KYLE BRUNDY,

           Plaintiff,

vs.

UNION PACIFIC RAILROAD CO.,

           Defendant.

8:23CV238

**ORDER**

**IT IS ORDERED** that the motion to withdraw as counsel of record (Filing No. 36) is granted and Charles A. Delbridge is deemed withdrawn as counsel of record for Plaintiff in this case. The Clerk of Court shall terminate electronic notice to Charles A. Delbridge in this case.

Dated this 26th day of November, 2024.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge