IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KYLE BRUNDY,<br><br>           Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD CO.,<br><br>           Defendant. | 8:23CV238<br><br>**ORDER ON STIPULATION FOR DISMISSAL WITH PREJUDICE** |

      This case is before the Court on the parties' Stipulation of Dismissal, signed by counsel for the parties. Filing 51. The parties state that they have stipulate that this matter may be dismissed with prejudice and without costs or disbursements to any of the parties. Filing 51 at 1. Accordingly,

      IT IS ORDERED that the parties' parties' Stipulation of Dismissal, Filing 51, is accepted, and this matter is dismissed with prejudice and without costs or disbursements to any of the parties.

      Dated this 14th day of April, 2025.

                                      BY THE COURT:

                                      Brian C. Buescher
                                      United States District Judge